1046

[No. 33793-6-III.   Division Three.   August 16, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN GERALD DOUGLAS, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 15-1-50148-7, Cameron Mitchell, J., entered September 1, 2015. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Fearing, C.J., and Pennell, J.

[No. 33876-2-III.   Division Three.   August 16, 2016.]

JEFFREY MCKEE, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 15-2-50374-2, Bruce A. Spanner, J., entered October 13, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Fearing, C.J., concurred in by Siddoway, J.; Korsmo, J., dissenting.

[No. 34073-2-III.   Division Three.   August 16, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JOILENE TANYA MAXWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 15-1-01203-1, Robert G. Swisher, J., entered January 27, 2016. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.